UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOSE BRITO,

Defendant.

**ORDER**

20 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that the conference previously scheduled for March 18, 2020 is adjourned to **April 20, 2020 at 10 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Pursuant to the Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 154 (S.D.N.Y. Mar. 13, 2020), time is excluded through April 20, 2020.

Dated: New York, New York
   March 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge