UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE BRITO,

Defendant.

**ORDER**

20 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Brito has applied for release on bail. (Dkt. No. 12) The Government opposes this application. (Dkt. No. 16) A hearing on Brito's application for bail will take place on May 13, 2020, at 1:00 p.m. The parties are directed to dial (888) 363-4749 and to use access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge