UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSE BRITO,

Defendant.

**ORDER**

20 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference scheduled for October 16, 2020 at 10:30 a.m. is adjourned to **October 19, at 10:30 a.m.** by telephone.

Dated: New York, New York
       October 8, 2020

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge