UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE BRITO,

Defendant.

**ORDER**

20 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant Jose Brito will take place on **January 13, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due December 30, 2020, and any submission by the Government is due on January 6, 2021.

Dated: New York, New York
       November 12, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge