```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :         ORDER
                                  :
   - v. -                         :         20 Cr. 63 (PGG)
                                  :
JOSE A. BRITO,                    :
                                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 30, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
          Dated:
          January 7, 2021

                              SO ORDERED:

                              _____
                              HONORABLE PAUL G. GARDEPHE
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK