UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -against-<br><br>JOSE BRITO,<br><br>                        Defendant. | **ORDER**<br><br>20 Cr. 63 (PGG) |
| JOSE A. BRITO,<br><br>                        Petitioner<br><br>            -against-<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | 21 Civ. 7572 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to the motion in Brito v. United States, No. 21 Civ. 7572 (PGG), Docket Nos. 1, 3, by **July 27, 2022**.

Dated: New York, New York
       July 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge