UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOSE BRITO,<br><br>Defendant. | **ORDER**<br><br>20 Cr. 63 (PGG) |
| JOSE A. BRITO,<br><br>Petitioner<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 21 Civ. 7572 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Jose Brito is directed to respond to the Government's submission in Brito v. United States, No. 21 Civ. 7572 (PGG), Docket Nos. 6-7, by **August 1, 2022 at 12:00 p.m.**

Dated: New York, New York
      July 28, 2022

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge